# COURT OF APPEALS

## CLERK'S OFFICE

San Antonio, Texas _3-24-15_

Cause No. _04-14-00871-CR_ _Jamahr Dereginald Stanley_ vs State.

Please return this card when the execution of the enclosed mandate has been carried out.

Executed on _3-25-15_ by _Gloria S. Tumayo_

Title _deputy dist. Clerk_

Sincerely yours,
Clerk